UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-24-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:25CR196(SVN)(RMS) |
| v. | VIOLATIONS: |
| JULIAN FOSTER, LATEECHA GORDON, and TERRELL BARNES | 18 U.S.C. §§ 933(a)(1), 933(a)(2), 933(a)(3), and 933(b) (Firearm Trafficking Conspiracy) |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Unlawful Possession of a Firearm by a Felon) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Firearm Trafficking Conspiracy)

1.      From on or about August 29, 2025 through the present, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants, JULIAN FOSTER, LATEECHA GORDON, and TERRELL BARNES, and others known and unknown to the Grand Jury, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to traffic in firearms, in violation of Title 18, United States Code, Sections 933(a)(1) and (a)(2).

2.      It was a part and an object of the conspiracy that the defendants, JULIAN FOSTER, LATEECHA GORDON, and TERRELL BARNES, together with others known and unknown to the Grand Jury, would and did ship, transport, transfer, and cause to be transported, and otherwise dispose of one or more firearms to another person in and otherwise affecting interstate and foreign commerce, and did so knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United

1

States Code, Section 933(a)(1).

3. It was further a part and an object of the conspiracy that the defendants, JULIAN FOSTER, LATEECHA GORDON, and TERRELL BARNES, together with others known and unknown to the Grand Jury, would and did receive from another person one or more firearms in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

All in violation of Title 18, United States Code, Sections 933(a)(3) and 933(b).

## COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

4. From on or about August 29, 2025, through on or about September 30, 2025, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant, JULIAN FOSTER, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

   a. Robbery in the First Degree Involving the Display or Threatened Use of a Firearm, in violation of Connecticut General Statutes § 53a-134(a)(4), on or about November 8, 2016;

   b. Failure to Appear in the First Degree, in violation of Connecticut General Statutes § 53a-172, on or about November 8, 2016; and

   c. Sale of a Controlled Substance, in violation of Connecticut General Statutes § 21a-277(b), on or about May 20, 2013,

did knowingly possess a firearm in and affecting commerce, that is,

   a. an SCCY CPX-2 9mm caliber pistol bearing serial number 733144;

   b. a KELTEC KSG 12-gauge shotgun bearing serial number XYGG12;

   c. a SIG SAUER SIG M400 5.56 caliber rifle bearing serial number 20C023267;

    d. an Anderson Manufacturing AM-15 multi-caliber rifle bearing serial number 24115965; and

    e. a Mossberg Model 500 12-gauge shotgun bearing serial number V0124968,

all of which had been shipped and transported in interstate and foreign commerce.

    In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
(Unlawful Possession of a Firearm by a Felon)

5.    From on or about August 29, 2025, through on or about September 30, 2025, the exact dates being unknown to the Grand Jury, in the District of Connecticut, the defendant, TERRELL BARNES, having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, specifically:

    a. Sale of a Narcotic Substance, in violation of Connecticut General Statutes § 21a-277(a), on or about August 1, 2001; and

    b. Conspiracy to commit Larceny in the Third Degree, in violation of Connecticut General Statutes § 53a-124, on or about August 1, 2001,

did knowingly possess a firearm in and affecting commerce, that is,

    a. an Anderson Manufacturing AM-15 multi-caliber rifle bearing serial number 24115965; and

    b. a Mossberg Model 500 12-gauge shotgun bearing serial number V0124968,

both of which had been shipped and transported in interstate and foreign commerce.

    In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
(Firearm Trafficking Offense)

6.    Upon conviction of the firearms trafficking offense alleged in Count One of this Indictment, the defendants, JULIAN FOSTER, LATEECHA GORDON, and TERRELL

BARNES, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 18, United States Code, Section 933, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, those violations, including but not limited to:

  a. Three firearms seized on or about September 3, 2025, in New Haven, Connecticut, specifically:
     - an SCCY CPX-2 9mm caliber pistol bearing serial number 733144;
     - a KELTEC KSG 12-gauge shotgun bearing serial number XYGG12; and
     - a SIG SAUER SIG M400 5.56 caliber rifle bearing serial number 20C023267.

  b. Three firearms and ammunition seized on or about September 11, 2025, in Huntsville, Texas, specifically:
     - a Smith & Wesson M&P 5.7 caliber pistol bearing serial number EFD8633;
     - a Smith & Wesson Shield EZ pistol bearing serial number RFV1540;
     - a Produkt HS (Springfield Armory) 9mm caliber pistol bearing serial number BF427795; and
     - sixteen rounds of 9mm ammunition.

  c. Five firearms, ammunition, and firearm accessories seized on or about September 12, 2025, in Houston, Texas, specifically:
     - an Arcadia Machine & Tool BACKUP II 380 caliber pistol bearing serial number R05460;

- an Arcadia Machine & Tool BACKUP 380 caliber pistol bearing serial number J58440;
- a Diamondback Arms, Inc. DB-15 multi-caliber firearm bearing serial number DB2634077;
- an Anderson Manufacturing AM-15 multi-caliber rifle bearing serial number 24137800;
- an Eagle Arms EAGLE-15 multi-caliber rifle bearing serial number M22-37024;
- one hundred seventy-six rounds of assorted 223 caliber ammunition;
- thirteen AR-15 magazines;
- one bag containing miscellaneous gun parts;
- one PMAG D-50 magazine;
- one black rifle case; and
- one green plastic pistol case.

d. Two firearms seized on or about September 30, 2025, in New Haven, Connecticut, specifically:

- an Anderson Manufacturing AM-15 multi-caliber rifle bearing serial number 24115965; and
- a Mossberg Model 500 12-gauge shotgun bearing serial number V0124968.

All in accordance with Title 18, United States Code, Sections 924(d) and 934; Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION
(Firearms Offenses)

7.  Upon conviction of one or more of the firearms offenses alleged in Counts Two and Three of this Indictment, the defendants, JULIAN FOSTER and TERRELL BARNES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to:

   a. Three firearms seized on or about September 3, 2025, in New Haven, Connecticut, specifically:

   - an SCCY CPX-2 9mm caliber pistol bearing serial number 733144;
   - a KELTEC KSG 12-gauge shotgun bearing serial number XYGG12; and
   - a SIG SAUER SIG M400 5.56 caliber rifle bearing serial number 20C023267.

   b. Two firearms seized on or about September 30, 2025, in New Haven, Connecticut, specifically:

   - an Anderson Manufacturing AM-15 multi-caliber rifle bearing serial number 24115965; and
   - a Mossberg Model 500 12-gauge shotgun bearing serial number V0124968.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON

UNITED STATES OF AMERICA

_____
DAVID X. SULLIVAN
UNITED STATES ATTORNEY

_____
NATHAN J. GUEVREMONT
ASSISTANT UNITED STATES ATTORNEY